UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
:
DEUTSCHE BANK NATIONAL TRUST :
COMPANY, AS TRUSTEE FOR THE :
REGISTERED HOLDERS OF GS :
MORTGAGE SECURITIES CORPORATION : 22-CV-8996 (VSB)
II, COMMERCIAL MORTGAGE PASS :
THROUGH CERTIFICATES, SERIES 2012 : **ORDER**
GCJ7, ACTING BY AND THROUGH ITS :
SPECIAL SERVICER CWCAPITAL ASSET :
MANAGEMENT LLC, :
:
                        Plaintiff, :
:
               -against- :
:
25 WEST 51 RETAIL LLC, RICHARD :
WEISFISCH, and "JOHN DOE #1" through :
"JOHN DOE #12," the last twelve names being :
fictitious and unknown to the Plaintiff, the :
persons or parties, if any, having or claiming an :
interest in or lien upon the premises described :
in the Complaint, :
:
                      Defendants. :
:
--------------------------------------------------------- X

<u>VERNON S. BRODERICK</u>, United States District Judge:

      This case has been assigned to me for all purposes. To facilitate the adjudication of this matter, the parties shall submit a joint status letter providing:

    1.    A brief description of the nature of the action and the principal defenses thereto;

    2.    A summary of all actions taken by the parties to prosecute or defend this case so far;

    3.    A brief description of any contemplated motions; and

    4.    Any other information that the parties believe may assist the Court in adjudicating this case.

      This joint status letter shall be submitted by February 28, 2023.

SO ORDERED.

Dated:    February 21, 2023
             New York, New York

_____
VERNON S. BRODERICK
United States District Judge