UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
DEUTSCHE BANK NATIONAL TRUST
COMPANY, AS TRUSTEE FOR THE
REGISTERED HOLDERS OF GS
MORTGAGE SECURITIES CORPORATION
II, COMMERCIAL MORTGAGE PASS
THROUGH CERTIFICATES, SERIES 2012
GCJ7, Acting by and through its Special
Servicer CWCapital Asset Management LLC ,

                    Plaintiff,

    -against-                                            22 **CIVIL** 8996 (VSB)

                                                               **JUDGMENT**

25 WEST 51 RETAIL LLC, RICHARD
WEISFISCH, and "JOHN DOE #1" through
"JOHN DOE #12," the last twelve names being
fictitious and unknown to the Plaintiff, the
persons or parties, if any, having or claiming
an interest in or lien upon the premises
described in the Complaint,

                    Defendant.
------------------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons stated in the Court's Opinion & Order dated May 22, 2024, Defendants' motion to vacate the default is DENIED, Deutsche's motion for default judgment is GRANTED, and ARCPE motion to substitute is GRANTED.

**Dated:**  New York, New York

      May 22, 2024

                                                           **RUBY J. KRAJICK**
                                                           **Clerk of Court**

                                  **BY:**

                                                           **Deputy Clerk**