UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------X
                                      :

ARCPE 1 LLC,                              :

                              :

                      Plaintiff,    :

                              :            22-CV-8996 (VSB)

                   -against-      :

                              :              **ORDER**

25 WEST 51 RETAIL LLC, RICHARD      :
WEISFISCH, and "JOHN DOE #1" through   :
"JOHN DOE #12," the last twelve names being :
fictitious and unknown to the Plaintiff, the  :
persons or parties, if any, having or claiming an :
interest in or lien upon the premises described  :
in the Complaint,                 :

                              :

                    Defendants.  :

                              :
-------------------------------------------------------- X

<u>VERNON S. BRODERICK, United States District Judge</u>:

       I am in receipt of Plaintiff ARCPE 1 LLC's motion for Default Damages, Sale of the

Mortgaged Property, and Related Relief (the "Default Damages Motion"), dated September 4,

2024.  (Doc. 73.)  Prior to Plaintiff's filing the Default Damages Motion, Defendants filed a

notice of appeal to the United States Court of Appeals for the Second Circuit from this Court's

Opinion & Order and Judgment, both dated May 22, 2024.  (Doc. 71.)  Because the filing of a

notice of appeal generally divests a district court of jurisdiction, *see Griggs v. Provident

Consumer Disc. Co.*, 459 U.S. 56, 58 (1982) ("The filing of a notice of appeal is an event of

jurisdictional significance—it confers jurisdiction on the court of appeals and divests the district

court of its control over those aspects of the case involved in the appeal."), it is hereby

       ORDERED that the parties shall file a joint letter, by September 26, 2024, setting forth

their respective positions as to whether I have jurisdiction to decide the Default Damages Motion

notwithstanding the earlier-filed notice of appeal.

SO ORDERED.

Dated:    September 13, 2024
          New York, New York

VERNON S. BRODERICK
United States District Judge