```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                                                              :
ARCPE 1 LLC,                                                  :
                                                              :
                                       Plaintiff,             :
                                                              :        22-CV-8996 (VSB)
                    -against-                                 :
                                                              :             ORDER
25 WEST 51 RETAIL LLC, RICHARD                                :
WEISFISCH, and "JOHN DOE #1" through                          :
"JOHN DOE #12," the last twelve names being                   :
fictitious and unknown to the Plaintiff, the                  :
persons or parties, if any, having or claiming an             :
interest in or lien upon the premises described               :
in the Complaint,                                             :
                                                              :
                                       Defendants.            :
                                                              :
-------------------------------------------------------------X
```

<u>VERNON S. BRODERICK, United States District Judge</u>:

I am in receipt of the parties' Stipulations of Voluntary Dismissal. (Docs. 87, 88.) By March 21, 2025, the parties are directed to file a letter informing the Court of whether the pending stipulations seek to dismiss the two pending motions regarding default damages. (Docs. 73, 78.)

SO ORDERED.

Dated:   March 13, 2025
         New York, New York

                                               _____
                                               VERNON S. BRODERICK
                                               United States District Judge